NUMBER  13-06-00054-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 



CORPUS CHRISTI - EDINBURG

 





 





IN RE:  RAY LONGORIA,
Relator  

 





 

On Petition for Writ of
Mandamus  





 





 

MEMORANDUM OPINION

 

Before Justices Hinojosa, Yañez,
and Garza 

Memorandum Opinion Per Curiam

 

On February 7, 2006, relator, Ray Longoria, filed a petition for writ of mandamus requesting that this Court
direct the respondent, the Honorable Thomas Greenwell, presiding judge of the
319th Judicial District Court of Nueces County, Texas, to vacate its order
denying relator=s motion to disqualify.  In accordance with this Court=s request, real party in interest, Ruth Ann
Villarreal, filed a response on February 21, 2006.

Having reviewed the petition for writ of mandamus,
documents on file, and the response of the real party in interest, this Court
is of the opinion that the petition for writ of mandamus should be denied.












Accordingly, relator=s
petition for writ of mandamus is hereby denied. 

 

PER CURIAM

 

 

Memorandum Opinion delivered and filed

this 9th day of May, 2006.